IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA      :
          :
          :
    vs.      : CRIMINAL NO. 5:08-CR-68-HL
          :
HARRY C. GANTER      :
_____ :

## ORDER FOR EXTENSION OF THE SPEEDY TRIAL DEADLINE

The government's Motion for Extension of the Speedy Trial Deadline having been read and considered,

IT IS HEREBY ORDERED that the speedy trial deadline in this matter be extended from January 14, 2009, to April 14, 2009.

It is the Court's finding that the ends of justice [18 U.S.C. §3161(h)(8)(A)] served by the granting of this extension outweigh the best interests of the public and the defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. §3161(h)(8)(B)(I)]; and the failure to grant such continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation for trial taking into account the exercise of due diligence [18 U.S.C. §3161(h)(8)(B)(iv)].

SO ORDERED, this 3rd day of December, 2008.


*s/   Hugh Lawson*

HUGH LAWSON
UNITED STATES DISTRICT JUDGE

Presented by:


_____

PAUL C. McCOMMON III
Assistant United States Attorney
Georgia Bar No. 484650